# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY JOHNSON,**<br><br>    Plaintiff,<br><br>    v.<br><br>**J.P. MORGAN CHASE BANK N.A.,**<br><br>    Defendant. | **CIVIL ACTION**<br><br>**NO. 24-5631-KSM** |

## ORDER

**AND NOW** this 18th day of March, 2025, upon consideration of Defendant's Motion to Dismiss (Doc. No. 5) and Plaintiff's opposition brief (Doc. No. 6), it is **ORDERED** that:

1.  The motion is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

2.  The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**